AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

Don Arthur Moore

                          )
_____ )
        *Petitioner*       )
           v.              )        Civil Action No.   2:21-cv-00217-SAB
Ron Haynes, Superintendent of Stafford Creek   )
Corrections Center         )
                          )

_____
        *Respondent*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Pursuant to the Court's Order at ECF No. 22, Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, ECF No.
1, is DENIED.  Petitioner's Motion to Expand the Record Pursuant to Habeas Corpus Rule 7 (28 U.S.C. § 2254) is
DENIED. Judgment is entered in favor of Respondent.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge       Stanley A. Bastian _____

Date:  11/9/2022 _____

CLERK OF COURT

SEAN F. McAVOY
_____

_____
*(By) Deputy Clerk*